Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAR 17 2021

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

WAYNE THOMAS JOHNSON

_Your full name_

**FEDERAL CIVIL RIGHTS COMPLAINT**
(*BIVENS* ACTION)

v.

Civil Action No.: 5:21CV39
*(To be assigned by the Clerk of Court)*

GREGORY MIMS
JOHN DOE
JANE DOE
JOHN DOE

_Enter above the full name of defendant(s) in this action_

Jury Demand
Bailey
Mazzone
Blalock

## I. JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).** The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A. Name of Plaintiff: Wayne T. Johnson  Inmate No.: 34466-057
Address: Hazelton USP P.O. Box 2000
Bruceton Mills, WV. 26525

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

Attachment A

B. Name of Defendant: Gregory Mims
Position: M.D.
Place of Employment: Hazelton USP
Address: P.O. Box 2000
Bruceton Mills, WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☑ Yes   ☐ No

If your answer is "YES," briefly explain: He neglected my medical problems.

B.1 Name of Defendant: Gregory Mims
Position: M.D.
Place of Employment: Hazelton USP
Address: P.O. Box 2000
Bruceton Mills, WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☑ Yes   ☐ No

If your answer is "YES," briefly explain: Medical neglect

B.2 Name of Defendant: John Doe
Position: Trust Fund
Place of Employment: Hazelton USP
Address: P.O. Box 2000
Bruceton Mills, WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☑ Yes   ☐ No

Attachment A

If your answer is "YES," briefly explain: Refuses to send me printout for the court.

B.3   Name of Defendant: Jane Doe
Position: Officer
Place of Employment: Hazelton USP
Address: P.O. Box 2000
Bruceton Mills, WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: Sexual Harassment while on duty.

B.4   Name of Defendant: John Doe
Position: Chaplain
Place of Employment: Hazelton USP
Address: P.O. Box 2000
Bruceton Mills, WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: denied me my 1st Am. Right, to worship my Religion.

Attachment A

B.5   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____
      _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____

III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: *HAZELTON USP*

A.   Is this where the events concerning your complaint took place?
     ☑ Yes   ☐ No

     If you answered "NO," where did the events occur?
     _____

B.   Is there a prisoner grievance procedure in the institution where the events occurred?   ☑ Yes   ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
     ☑ Yes   ☐ No

D.   If your answer is "NO," explain why not: _____
     _____
     _____
     _____

E.   If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

**Attachment A**

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _No reply_

LEVEL 2 _ic     ( /_

LEVEL 3 _ic     ( /_

IV. <u>PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES</u>

    A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?     ☐ Yes     ☒ No

    B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

        1.    Parties to this previous lawsuit:

            Plaintiff(s):_____

            Defendant(s):_____

        2.    Court:_____
            *(If federal court, name the district; if state court, name the county)*

        3.    Case Number:_____

        4.    Basic Claim Made/Issues Raised:_____
_____
_____
_____

        5.    Name of Judge(s) to whom case was assigned:
_____

        6.    Disposition:_____
            *(For example, was the case dismissed? Appealed? Pending?)*

        7.    Approximate date of filing lawsuit:_____

**Attachment A**

        8.      Approximate date of disposition. Attach Copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
      ☐ Yes    ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____
_____
_____
_____

E.    Did you exhaust available administrative remedies?
      ☐ Yes    ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_____
_____
_____
_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

        1.      Parties to previous lawsuit:

Attachment A

Plaintiff(s): _____

Defendant(s): _____

2. Name and location of court and case number:
   _____
   _____
   _____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

V. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)*

CLAIM 1: Defendant Mims neglected all my medical problems.

Supporting Facts: my eyesight

---

United States District Court         13         Northern District of West Virginia-2013

Attachment A

My hearing
My ~~feet~~ Toenails cutting the next toe.

CLAIM 2: Defendant John Doe refused Trust Fund printout.

Supporting Facts: I requested printout on 3 occasions to no avail.

CLAIM 3: Jane Doe violated staff misconduct

Supporting Facts: This was done by abusive Language and inappropriately touching me in July 2020 E/ Dorm cell 102.

CLAIM 4: _____

Supporting Facts: _____

**Attachment A**

CLAIM 5: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Depressed and Stressed, Lose of weight and Sleep.

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Issue an injunction that I be transferred for fear of my life here by staff. The Threat has already been made by A note under my Door for reporting the Sexual Harassment.

Attachment A

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Hazelton USP_ on _3-13-21_.
(Location)              (Date)

_Wayne Thomas Johnson_
Your Signature